| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Daren M. Schlecter 259537<br>1925 Century Park East, Suite 830<br>Los Angeles, CA 90067<br>310-553-5747 Fax: 310-553-5487<br>259537 CA<br>daren@schlecterlaw.com | FOR COURT USE ONLY |
|---|---|
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Jasmine Diaz Ramirez<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: May 17 2019        Jasmine Diaz Ramirez                    /s/ Jasmine Diaz Ramirez
                         Printed name of Debtor 1                Signature of Debtor 1

                                                                 /s/ Jasmine Ramirez

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                  Printed name of Debtor 2        Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                         Page 2                         **F 1002-1.EMP.INCOME.DEC**

# Earnings Statement

**ADP**

CHILDREN'S LEARNING CONNECTION LL
741 GLENVIA ST. #200
GLENDALE, CA 91206

Period Beginning: 07/29/2018
Period Ending: 08/11/2018
Pay Date: 08/17/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CA: 1

JASMINE RAMIREZ
6001 FULLERTON AVE
APT #5
BUENA PARK CA 90621

Social Security Number: XXX-XX-1130

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Clinical | 16.8300 | 26.00 | 437.58 | 8,167.84 |
| Clinical Nb | 16.8300 | 2.00 | 33.66 | |
| Senior Therapis | 16.8300 | 2.00 | 33.66 | 169.79 |
| Overtime | | | | 19.69 |
| Meeting | | | | 137.50 |
| Non-Service | | | | 173.25 |
| Training | | | | 341.00 |
| Travel Time | | | | 138.05 |
| **Gross Pay** | | | **$504.90** | 9,300.03 |

Your federal taxable wages this period are $504.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 504.90 | 9,300.03 |
| Miles | 3.00 | 259.00 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -36.26 | 730.63 |
| Social Security Tax | -31.30 | 576.60 |
| Medicare Tax | -7.32 | 134.85 |
| CA SUI/SDI Tax | -5.05 | 93.00 |
| CA State Income Tax | | 28.85 |

Other
| | |
|---|---|
| Mileage | -141.19 |
| Technology Stip | -79.00 |

Adjustment
| | |
|---|---|
| Mileage | +1.64 |
| Technology Stip | +4.50 |

**Net Pay** $431.11
Checking -431.11
**Net Check** $0.00

© 2000 ADP, LLC

---

CHILDREN'S LEARNING CONNECTION LL
741 GLENVIA ST. #200
GLENDALE, CA 91206

Advice number: 00000330123
Pay date: 08/17/2018

Deposited to the account of
JASMINE RAMIREZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $431.11 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Period Beginning: 12/16/2018
Period Ending: 12/29/2018
Pay Date: 01/04/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CA: 1

JASMINE RAMIREZ
6001 FULLERTON AVE
APT #5
BUENA PARK CA 90621

Social Security Number: XXX-XX-1130

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Clinical | 16.8300 | 19.50 | 328.19 | 328.19 |
| Travel Time | 11.0000 | 2.50 | 27.50 | 27.50 |
| Gross Pay | | | $355.69 | 355.69 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 355.69 | 355.69 |
| Sick Balance | | 0.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -20.95 | 20.95 |
| Social Security Tax | | -22.05 | 22.05 |
| Medicare Tax | | -5.16 | 5.16 |
| CA SUI/SDI Tax | | -3.56 | 3.56 |
| **Other** | | | |
| Technology Stip | | -4.50 | |
| **Adjustment** | | | |
| Technology Stip | | +4.50 | |
| Net Pay | | $308.47 | |
| Checking | | -308.47 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $355.69

© 2000 ADP, LLC

---

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Advice number: 00000010125
Pay date: 01/04/2019

Deposited to the account of
JASMINE RAMIREZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $308.47 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement 

```
CHILDREN'S LEARNING CONNECTION LL       Period Beginning:   08/26/2018
741 GLENVIA ST. #200                    Period Ending:      09/08/2018
GLENDALE, CA 91206                      Pay Date:           09/14/2018
```

```
Taxable Marital Status:    Single              JASMINE RAMIREZ
Exemptions/Allowances:                         6001 FULLERTON AVE
    Federal:    0                              APT #5
    CA:         1                              BUENA PARK CA 90621

Social Security Number: XXX-XX-1130
```

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Clinical | 16.8300 | 36.50 | 614.30 | 9,329.12 |
| Travel Time | 11.0000 | 1.50 | 16.50 | 154.55 |
| Overtime | | | | 19.69 |
| Meeting | | | | 137.50 |
| Non-Service | | | | 173.25 |
| Senior Therapis | | | | 169.79 |
| Training | | | | 341.00 |
| **Gross Pay** | | | **$630.80** | 10,477.81 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 630.80 | 10,477.81 |
| Miles | | 259.00 |
| Sick Balance | | 0.00 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -51.30 | 823.17 |
| Social Security Tax | -39.11 | 649.62 |
| Medicare Tax | -9.15 | 151.93 |
| CA State Income Tax | -2.00 | 31.00 |
| CA SUI/SDI Tax | -6.31 | 104.78 |

| Other | |
|---|---|
| Mileage | -141.19 |
| Technology Stip | -88.00 |

| Adjustment | |
|---|---|
| Technology Stip | +4.50 |

| | |
|---|---|
| **Net Pay** | **$527.43** |
| Checking | -527.43 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are $630.80

© 2000 ADP, LLC

---

```
CHILDREN'S LEARNING CONNECTION LL       Advice number:    00000370122
741 GLENVIA ST. #200                    Pay date:         09/14/2018
GLENDALE, CA 91206
```

Deposited to the account of      account number    transit ABA    amount
JASMINE RAMIREZ                   xxxxxx7876        xxxx xxxx      $527.43

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CHILDREN'S LEARNING CONNECTION LL
741 GLENVIA ST. #200
GLENDALE, CA 91206

Period Beginning: 08/12/2018
Period Ending: 08/25/2018
Pay Date: 08/31/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
CA: 1

Social Security Number: XXX-XX-1130

JASMINE RAMIREZ
6001 FULLERTON AVE
APT #5
BUENA PARK CA 90621

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Clinical | 16.8300 | 32.50 | 546.98 | 8,714.82 |
| Overtime | | | | 19.69 |
| Meeting | | | | 137.50 |
| Non-Service | | | | 173.25 |
| Senior Therapis | | | | 169.79 |
| Training | | | | 341.00 |
| Travel Time | | | | 138.05 |
| **Gross Pay** | | | **$546.98** | 9,847.01 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 546.98 | 9,847.01 |
| Miles | | 259.00 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -41.24 | 771.87 |
| Social Security Tax | -33.91 | 610.51 |
| Medicare Tax | -7.93 | 142.78 |
| CA State Income Tax | -0.15 | 29.00 |
| CA SUI/SDI Tax | -5.47 | 98.47 |

Other
| | |
|---|---|
| Mileage | -141.19 |
| Technology Stip | -83.50 |

Adjustment
| | |
|---|---|
| Technology Stip | +4.50 |

**Net Pay** **$462.78**
Checking -462.78
**Net Check** **$0.00**

Your federal taxable wages this period are $546.98

© 2000 ADP, LLC

CHILDREN'S LEARNING CONNECTION LL
741 GLENVIA ST. #200
GLENDALE, CA 91206

Advice number: 00000350129
Pay date: 08/31/2018

Deposited to the account of
JASMINE RAMIREZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $462.78 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



# Earnings Statement

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Period Beginning: 01/13/2019
Period Ending: 01/26/2019
Pay Date: 02/01/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CA: 1

JASMINE RAMIREZ
6001 FULLERTON AVE
APT #5
BUENA PARK CA 90621

Social Security Number: XXX-XX-1130

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Clinical | 16.8300 | 28.00 | 471.24 | 1,253.84 |
| Non-Service | 12.0000 | .25 | 3.00 | 3.00 |
| Shift Different | | | 6.25 | |
| Training | 12.0000 | 4.00 | 48.00 | 153.00 |
| Travel Time | | | | 57.50 |
| **Gross Pay** | | | **$528.49** | 1,473.59 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 528.49 | 1,473.59 |
| Sick Balance | | 0.00 |

**Important Notes**
COMPANY PH#: 818-241-6780

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -38.41 | 105.08 |
| Social Security Tax | | -32.76 | 91.36 |
| Medicare Tax | | -7.67 | 21.37 |
| CA SUI/SDI Tax | | -5.29 | 14.74 |
| CA State Income Tax | | | 0.63 |
| **Other** | | | |
| Technology Stip | | -13.50 | |
| **Adjustment** | | | |
| Technology Stip | | +4.50 | |
| **Net Pay** | | **$448.86** | |
| Checking | | -448.86 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $528.49

© 2000 ADP, LLC

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Advice number: 00000050136
Pay date: 02/01/2019

Deposited to the account of
JASMINE RAMIREZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $448.86 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CHILDREN'S LEARNING CONNECTION LL
741 GLENVIA ST. #200
GLENDALE, CA 91206

Period Beginning: 10/21/2018
Period Ending: 11/03/2018
Pay Date: 11/09/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CA: 1

JASMINE RAMIREZ
6001 FULLERTON AVE
APT #5
BUENA PARK CA 90621

Social Security Number: XXX-XX-1130

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Clinical | 16.8300 | 36.50 | 614.30 | 11,491.78 |
| Clinical Nb | 16.8300 | 1.00 | 16.83 | |
| Travel Time | 11.0000 | 3.50 | 38.50 | 265.10 |
| Overtime | | | | 19.69 |
| Meeting | | | | 137.50 |
| Non-Service | | | | 173.25 |
| Senior Therapis | | | | 237.11 |
| Training | | | | 363.00 |
| **Gross Pay** | | | **$669.63** | 12,874.00 |

Your federal taxable wages this period are $669.63

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 669.63 | 12,874.00 |
| Miles | | 266.00 |
| Sick Balance | | 0.00 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -55.96 | 1,013.12 |
| Social Security Tax | -41.52 | 798.19 |
| Medicare Tax | -9.71 | 186.67 |
| CA State Income Tax | -2.85 | 36.19 |
| CA SUI/SDI Tax | -6.70 | 128.74 |

Other
| | |
|---|---|
| Mileage | -145.01 |
| Technology Stip | -106.00 |

Adjustment
| | |
|---|---|
| Technology Stip | +4.50 |

**Net Pay**  **$557.39**
Checking  -557.39
**Net Check**  **$0.00**

© 2000 ADP, LLC

CHILDREN'S LEARNING CONNECTION LL
741 GLENVIA ST. #200
GLENDALE, CA 91206

Advice number: 00000450128
Pay date: 11/09/2018

Deposited to the account of
JASMINE RAMIREZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $557.39 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CHILDREN'S LEARNING CONNECTION LL
741 GLENVIA ST. #200
GLENDALE, CA 91206

Period Beginning: 11/18/2018
Period Ending: 12/01/2018
Pay Date: 12/07/2018

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 CA: 1

JASMINE RAMIREZ
6001 FULLERTON AVE
APT #5
BUENA PARK CA 90621

Social Security Number: XXX-XX-1130

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Clinical | 16.8300 | 35.50 | 597.47 | 12,602.57 |
| Senior Therapis | 16.8300 | 2.00 | 33.66 | 270.77 |
| Travel Time | 11.0000 | 3.50 | 38.50 | 342.10 |
| Overtime | | | | 19.69 |
| Meeting | | | | 137.50 |
| Non-Service | | | | 173.25 |
| Training | | | | 363.00 |
| **Gross Pay** | | | **$669.63** | 14,095.45 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 669.63 | 14,095.45 |
| Miles | | 266.00 |
| Sick Balance | | 0.00 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -55.96 | 1,110.90 |
| Social Security Tax | -41.52 | 873.92 |
| Medicare Tax | -9.71 | 204.38 |
| CA State Income Tax | -2.85 | 39.30 |
| CA SUI/SDI Tax | -6.69 | 140.95 |

Other
| | |
|---|---|
| Mileage | -145.01 |
| Technology Stip | -115.00 |

Adjustment
| | |
|---|---|
| Technology Stip | +4.50 |

**Net Pay** **$557.40**
Checking -557.40
**Net Check** **$0.00**

Your federal taxable wages this period are $669.63

© 2000 ADP, LLC

---

CHILDREN'S LEARNING CONNECTION LL
741 GLENVIA ST. #200
GLENDALE, CA 91206

Advice number: 00000490131
Pay date: 12/07/2018

Deposited to the account of: JASMINE RAMIREZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $557.40 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement 

CHILDREN'S LEARNING CONNECTION LL
741 GLENVIA ST. #200
GLENDALE, CA 91206

Period Beginning: 10/07/2018
Period Ending: 10/20/2018
Pay Date: 10/26/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
CA: 1

JASMINE RAMIREZ
6001 FULLERTON AVE
APT #5
BUENA PARK CA 90621

Social Security Number: XXX-XX-1130

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Clinical | 16.8300 | 32.00 | 538.56 | 10,877.48 |
| Training | 11.0000 | 2.00 | 22.00 | 363.00 |
| Travel Time | 11.0000 | 2.55 | 28.05 | 226.60 |
| Overtime | | | | 19.69 |
| Meeting | | | | 137.50 |
| Non-Service | | | | 173.25 |
| Senior Therapis | | | | 237.11 |
| **Gross Pay** | | | **$588.61** | 12,204.37 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 588.61 | 12,204.37 |
| Miles | | 266.00 |
| Sick Balance | | 0.00 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -46.23 | 957.16 |
| Social Security Tax | -36.49 | 756.67 |
| Medicare Tax | -8.53 | 176.96 |
| CA State Income Tax | -1.07 | 33.34 |
| CA SUI/SDI Tax | -5.88 | 122.04 |

Other
| | |
|---|---|
| Mileage | -145.01 |
| Technology Stip | -101.50 |

Adjustment
| | |
|---|---|
| Technology Stip | +4.50 |

| **Net Pay** | **$494.91** |
|---|---|
| Checking | -494.91 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are $588.61

© 2000 ADP, LLC

CHILDREN'S LEARNING CONNECTION LL
741 GLENVIA ST. #200
GLENDALE, CA 91206

Advice number: 00000430127
Pay date: 10/26/2018

**THIS IS NOT A CHECK**

Deposited to the account of
JASMINE RAMIREZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $494.91 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Period Beginning: 12/30/2018
Period Ending: 01/12/2019
Pay Date: 01/18/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CA: 1

JASMINE RAMIREZ
6001 FULLERTON AVE
APT #5
BUENA PARK CA 90621

Social Security Number: XXX-XX-1130

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Clinical | 16.8300 | 27.00 | 454.41 | 782.60 |
| Training | 12.0000 | 8.75 | 105.00 | 105.00 |
| Travel Time | 12.0000 | 2.50 | 30.00 | 57.50 |
| **Gross Pay** | | | **$589.41** | 945.10 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 589.41 | 945.10 |
| Sick Balance | | 0.00 |

**Important Notes**
COMPANY PH#: 818-241-6780

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -45.72 | 66.67 |
| | Social Security Tax | -36.55 | 58.60 |
| | Medicare Tax | -8.54 | 13.70 |
| | CA State Income Tax | -0.63 | 0.63 |
| | CA SUI/SDI Tax | -5.89 | 9.45 |

**Other**
Technology Stip    -9.00

**Adjustment**
Technology Stip    +4.50

**Net Pay**    **$496.58**
Checking    -496.58
**Net Check**    **$0.00**

Your federal taxable wages this period are $589.41

© 2000 ADP, LLC

---

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Advice number: 00000030128
Pay date: 01/18/2019

Deposited to the account of
JASMINE RAMIREZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $496.58 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Period Beginning: 01/13/2019
Period Ending: 01/26/2019
Pay Date: 02/01/2019

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   CA: 1

JASMINE RAMIREZ
6001 FULLERTON AVE
APT #5
BUENA PARK CA 90621

Social Security Number: XXX-XX-1130

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Clinical | 16.8300 | 28.00 | 471.24 | 1,253.84 |
| Non-Service | 12.0000 | .25 | 3.00 | 3.00 |
| Shift Different | | | 6.25 | |
| Training | 12.0000 | 4.00 | 48.00 | 153.00 |
| Travel Time | | | | 57.50 |
| **Gross Pay** | | | **$528.49** | 1,473.59 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 528.49 | 1,473.59 |
| Sick Balance | | 0.00 |

**Important Notes**
COMPANY PH#: 818-241-6780

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -38.41 | 105.08 |
| | Social Security Tax | -32.76 | 91.36 |
| | Medicare Tax | -7.67 | 21.37 |
| | CA SUI/SDI Tax | -5.29 | 14.74 |
| | CA State Income Tax | | 0.63 |
| **Other** | | | |
| | Technology Stip | | -13.50 |
| **Adjustment** | | | |
| | Technology Stip | | +4.50 |
| **Net Pay** | | **$448.86** | |
| | Checking | -448.86 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $528.49

© 2000 ADP, LLC

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Advice number: 00000050136
Pay date: 02/01/2019

**Deposited to the account of**
JASMINE RAMIREZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $448.86 |


THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Period Beginning: 02/24/2019
Period Ending: 03/09/2019
Pay Date: 03/15/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CA: 1

Social Security Number: XXX-XX-1130

JASMINE RAMIREZ
6001 FULLERTON AVE
APT #5
BUENA PARK CA 90621

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Clinical | 16.8300 | 25.75 | 433.37 | 2,469.81 |
| E-Device | | | 5.16 | 9.77 |
| Non-Service | 12.0000 | .50 | 6.00 | 15.00 |
| Shift Different | | | 6.50 | |
| Travel Time | 12.0000 | 2.50 | 30.00 | 87.50 |
| Training | | | | 153.00 |
| **Gross Pay** | | | **$481.03** | 2,754.33 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 481.03 | 2,754.33 |
| Sick Balance | | 0.00 |

**Important Notes**
COMPANY PH#: 818-241-6780

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -33.49 | 189.31 |
| Social Security Tax | -29.83 | 170.77 |
| Medicare Tax | -6.98 | 39.94 |
| CA SUI/SDI Tax | -4.81 | 27.54 |
| CA State Income Tax | | 0.63 |

Other
| | |
|---|---|
| Technology Stip | -27.00 |

Adjustment
| | |
|---|---|
| Technology Stip | +4.50 |

| **Net Pay** | **$410.42** |
|---|---|
| Checking | -410.42 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are $481.03

© 2000 ADP, LLC

---

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Advice number: 00000110136
Pay date: 03/15/2019

Deposited to the account of
JASMINE RAMIREZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $410.42 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement 

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Period Beginning: 03/10/2019
Period Ending: 03/23/2019
Pay Date: 03/29/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CA: 1

Social Security Number: XXX-XX-1130

JASMINE RAMIREZ
6001 FULLERTON AVE
APT #5
BUENA PARK CA 90621

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Clinical | 16.8300 | 22.75 | 382.88 | 2,852.69 |
| Clinical Nb | 16.8300 | 2.50 | 42.08 | |
| E-Device | | | 4.56 | 14.33 |
| Non-Service | 12.0000 | .25 | 3.00 | 18.00 |
| Shift Different | | | 5.25 | |
| Travel Time | 12.0000 | 1.00 | 12.00 | 99.50 |
| Training | | | | 153.00 |
| **Gross Pay** | | | **$449.77** | 3,204.10 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 449.77 | 3,204.10 |
| Sick Balance | | 0.00 |

**Important Notes**
COMPANY PH#: 818-241-6780

**Deductions**

Statutory
  Federal Income Tax     -30.36    219.67
  Social Security Tax    -27.88    198.65
  Medicare Tax            -6.52     46.46
  CA SUI/SDI Tax          -4.50     32.04
  CA State Income Tax                0.63

Other
  Technology Stip        -31.50

Adjustment
  Technology Stip         +4.50

**Net Pay**                $385.01
  Checking              -385.01
**Net Check**                $0.00

Your federal taxable wages this period are $449.77

© 2000 ADP, LLC

---

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Advice number: 00000130139
Pay date: 03/29/2019

Deposited to the account of
JASMINE RAMIREZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $385.01 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

N7H  001789  100000  000015026

**Earnings Statement**

ADP

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Period Beginning: 03/24/2019
Period Ending: 04/06/2019
Pay Date: 04/12/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CA: 1

JASMINE RAMIREZ
6001 FULLERTON AVE
APT #5
BUENA PARK CA 90621

Social Security Number: XXX-XX-1130

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Clinical | 16.8300 | 20.00 | 336.60 | 3,189.29 |
| E-Device | | | 4.01 | 18.34 |
| Non-Service | 12.0000 | .25 | 3.00 | 21.00 |
| Shift Different | | | 3.25 | |
| Training | | | | 153.00 |
| Travel Time | | | | 99.50 |
| **Gross Pay** | | | **$346.86** | 3,550.96 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 346.86 | 3,550.96 |
| Sick Balance | | 0.00 |

**Important Notes**
COMPANY PH#: 818-241-6780

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -20.07 | 239.74 |
| Social Security Tax | | -21.51 | 220.16 |
| Medicare Tax | | -5.03 | 51.49 |
| CA SUI/SDI Tax | | -3.47 | 35.51 |
| CA State Income Tax | | | 0.63 |
| **Other** | | | |
| Technology Stip | | -36.00 | |
| **Adjustment** | | | |
| Technology Stip | | +4.50 | |
| **Net Pay** | | **$301.28** | |
| Checking | | -301.28 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $346.86

© 2000 ADP, LLC

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Advice number: 00000150138
Pay date: 04/12/2019

**Deposited to the account of**   account number   transit ABA   amount
JASMINE RAMIREZ                    xxxxxx7876       xxxx xxxx    $301.28


THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Period Beginning: 04/07/2019
Period Ending: 04/20/2019
Pay Date: 04/26/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CA: 1

JASMINE RAMIREZ
6001 FULLERTON AVE
APT #5
BUENA PARK CA 90621

Social Security Number: XXX-XX-1130

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Clinical | 16.8300 | 17.00 | 286.11 | 3,475.40 |
| E-Device | | | 3.41 | 21.75 |
| Meeting | 12.0000 | 1.50 | 18.00 | 18.00 |
| Shift Different | | | 0.50 | |
| Travel Time | 12.0000 | 1.00 | 12.00 | 111.50 |
| Non-Service | | | | 21.00 |
| Training | | | | 153.00 |
| **Gross Pay** | | | **$320.02** | 3,870.98 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 320.02 | 3,870.98 |
| Sick Balance | | 0.00 |

**Important Notes**
COMPANY PH#: 818-241-6780

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -17.39 | 257.13 |
| Social Security Tax | | -19.84 | 240.00 |
| Medicare Tax | | -4.64 | 56.13 |
| CA SUI/SDI Tax | | -3.20 | 38.71 |
| CA State Income Tax | | | 0.63 |
| **Other** | | | |
| Technology Stip | | -40.50 | |
| **Adjustment** | | | |
| Technology Stip | | +4.50 | |
| **Net Pay** | | **$279.45** | |
| Checking | | -279.45 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $320.02

© 2000 ADP, LLC

---

CHILDREN'S LEARNING CONNECTION LL
1055 E COLORADO BLVD, STE 560
PASADENA, CA 91106

Advice number: 00000170145
Pay date: 04/26/2019

**Deposited to the account of**
JASMINE RAMIREZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7876 | xxxx xxxx | $279.45 |



**NON-NEGOTIABLE**